IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vela, Gilberto | Case Number: 06 B 10914 |
|---|---|---|
| | Martinez, Betty | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 9/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 4, 2008
Confirmed: February 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,890.00 | |
| Secured: | | 15,905.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 984.77 |
| Other Funds: | | 0.00 |
| Totals: | 19,890.00 | 19,890.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Indymac Bank | Secured | 6,576.00 | 3,911.91 |
| 3. | Indymac Bank | Secured | 22,102.50 | 10,549.92 |
| 4. | Indymac Bank | Secured | 11,953.96 | 1,095.54 |
| 5. | Indymac Bank | Secured | 3,795.64 | 347.86 |
| 6. | Internal Revenue Service | Priority | 1,518.69 | 0.00 |
| 7. | Rosa Ravelo | Priority | 26,334.45 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 27,198.34 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 93.54 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 6.68 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 53.63 | 0.00 |
| 12. | RBS | Unsecured | 207.52 | 0.00 |
| 13. | Credit Union One | Unsecured | 334.53 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 107.11 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 73.76 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 593.55 | 0.00 |
| 17. | Discover Financial Services | Unsecured | 442.55 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 99.85 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 270.99 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 9.80 | 0.00 |
| 21. | GE Money Bank | Unsecured | 99.85 | 0.00 |
| 22. | B-Real LLC | Unsecured | 513.19 | 0.00 |
| 23. | Medical Payment Data | Unsecured | | No Claim Filed |
| 24. | American Collection Corp | Unsecured | | No Claim Filed |
| 25. | Computer Credit Service Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vela, Gilberto
Martinez, Betty
Printed: 1/8/08

Case Number: 06 B 10914
Judge: Hollis, Pamela S
Filed: 9/1/06

| | | | |
|---|---|---|---|
| 26. | Citi-Bp Oil | Unsecured | No Claim Filed |
| 27. | Credit Union One | Unsecured | No Claim Filed |
| 28. | Illinois Masonic | Unsecured | No Claim Filed |
| 29. | Discover Financial Services | Unsecured | No Claim Filed |
| 30. | Illinois Masonic Medical Center | Unsecured | No Claim Filed |
| 31. | MRSI | Unsecured | No Claim Filed |
| 32. | KCA Financial Services | Unsecured | No Claim Filed |
| 33. | Metro General Surgeons & Wound, SPC | Unsecured | No Claim Filed |
| 34. | MRSI | Unsecured | No Claim Filed |
| 35. | CB USA | Unsecured | No Claim Filed |
| 36. | Peoples Energy Corp | Unsecured | No Claim Filed |

_____         _____
$ 105,386.13       $ 18,905.23

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 714.34 |
| 5.4% | 270.43 |
| | _____ |
| | $ 984.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

